IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENT FERRARO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TODD BUSKIRK, et al, <br><br> Defendants. | No. 5:08-cv-05513-JS <br><br> JURY TRIAL DEMANDED <br><br> (Hon. JUAN R. SÁNCHEZ) |

## JOINT STIPULATION

The Plaintiffs, Vincent Ferraro and Anthony Todaro, and the Defendants, Todd Buskirk, Connie Sutton-Falk, John R. Conklin, The Honorable John Stofa, and the County of Northampton, by and through their respective counsel, hereby stipulate as follows:

1. A settlement conference was held before the Court on September 17, 2009.

2. The parties notified the court that the facts and issues raised in this case are similar to a lawsuit that the plaintiffs filed in the Northampton County Court of Common Pleas to Northampton County docket no. No. C48-CV-2005-8510.

3. The issues raised in this case arise out of actions which are alleged to have occurred in Northampton County.

4. The Northampton County Court of Common Pleas would be a more appropriate forum for the claims and defenses presented in this case.

5. The parties agree that this case should be transferred to the Northampton County Court of Common Pleas for resolution.

**WHEREFORE,** the parties request that the court transfer this action to the Court of Common Pleas of Northampton County.

| | |
|---|---|
| **KAROLY LAW OFFICES, P.C.** | **NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C.** |
| By: /s/ John P. Karoly, Jr. | By: /s/ Gerard J. Geiger, Esquire |
| Attorney for Plaintiffs, Vincent Ferraro and Anthony Todora | Attorney I.D. # PA 44099<br>Attorney for Defendants,<br>Todd Buskirk,<br>Connie Sutton-Falk,<br>John R. Conklin,<br>The Honorable John Stofa, and<br>County of Northampton |

Date: September 18, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENT FERRARO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TODD BUSKIRK, et al, <br><br> Defendants. | No. 5:08-cv-05513-JS <br><br> JURY TRIAL DEMANDED <br><br> (Hon. JUAN R. SÁNCHEZ) |

## ORDER

AND NOW, this 22 day of September, 2009, upon consideration of the Stipulation of the Parties, IT IS HEREBY ORDERED as follows:

1. The foregoing case is transferred to the Northampton County Court of Common Pleas;

2. The parties shall be responsible for filing the requisite certifications or transcripts in the Northampton County Court of Common Pleas, in accordance with 42 Pa. Cons.Stat. § 5103;

3. The Clerk of the Court is directed to close this case.

BY THE COURT,

_____
Judge Juan R. Sánchez