September 23, 2009

Court Of Common Pleas
Northampton County
Prothonotary
Northampton County Governement Center
Attn: Civil Division
7th & Washington Streets
Easton, PA 18042

       RE:   Vincent Ferraro, et al V. Todd Buskirk, et al
               5:08-cv-05513-JS

Dear Clerk:

    We herewith enclose certified copies of the Transfer Order and docket entries, in the above-captioned case which has been transferred to Court of Common Pleas, Northampton County pursuant to this Court's Joint Stipulation and order filed on 9/23/2009 .

    Kindly acknowledge receipt on the copy of the letter provided.

                                              Very truly yours,

                                             MICHAEL E. KUNZ
                                             Clerk of Court

                                             By:_____
                                             Thomas Giambrone , Deputy Clerk

Received above material this 25th day of Sept., 2009.

C-48-CV-2009-12110
Filed 10/28/09

Signature: _Katie Cunningham_

Date: _9-25-09_

civ625.frm (revised June 2007)